

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

| | | D/C 015-249 |
|---|---|---|
| Corporation Legal Name: | R & L Trucking Co., Inc. | |
| Place Of Inc: | Lee County | |
| Date Of Inc.: | 06-05-1968 | |
| Reg Agent...: | * Not On Data Base | |
| Prin Address: | OPELIKA, AL | |
| Capital Amt.: | $5,000 Authorized  $1,000 Paid In | |
| Nat Of Bus..: | DEAL IN TRUCKS, AUTOS, ETC | |
| Names Of Inc: | MADDOX, JAMES R<br>MADDOX, ELIZABETH<br>GRASSGREEN, RICHARD J | |

2004  ANNUAL REPORTS

← PREVIOUS PAGE



© 2005, Office of the Secretary of State, State of Alabama

http://arc-sos.state.al.us/CGI/SOSCRP10.mbr/output?PGM=2&P01=015249M

EXHIBIT 1



## ANNUAL REPORT DETAILS
### Office of the Secretary of State
### State of Alabama

**INITIATE NEW BROWSE**

## 2004 Annual Report

```
Reporting
  Address...:    R & L TRUCKING CO INC
                 PO BOX 2445
                 OPELIKA, AL  36804-2445

Agent As
  Reported..:    MELTON, STANLEY R III
                 SOUTH UNIROYAL ROAD
                 OPELIKA, AL  36801

President
  Of Corp...:    MELTON, STANLEY R IV
                 905 INDIA RD
                 OPELIKA, AL  36801-2817

Secretary
  Of Corp...:    MELTON, STANLEY R IV
                 905 INDIA RD
                 OPELIKA, AL  36801-2817

General
  Business..:    TRUCKING
                 2405 S UNIROYAL RD
                 OPELIKA, AL  36801

Telephone
  Number....:    334-745-5791

Processed
  By Revenue:    10-28-2004
```

**← PREVIOUS PAGE**



© 2005, Office of the Secretary of State, State of Alabama