

# CORPORATE DETAILS

**Office of the Secretary of State**
**State of Alabama**



INITIATE NEW BROWSE

| | | |
|---|---|---|
| Corporation Legal Name: | SRM Financial, Inc. | D/C 198-291 |
| Place Of Inc: | Lee County | |
| Date Of Inc.: | 10-08-1998 | |
| Reg Agent...: | MELTON, STANLEY R IV 2403 SOUTH UNIROYAL ROAD OPELIKA, AL 36801 | |
| Prin Address: | OPELIKA, AL | |
| Capital Amt.: | $1,000 Authorized --- Paid In | |
| Nat Of Bus..: | ANY LAWFUL ACTIVITY | |
| Names Of Inc: | MELTON, STANLEY R IV | |

2004  ANNUAL REPORTS

← PREVIOUS PAGE

© 2005, Office of the Secretary of State, State of Alabama

EXHIBIT
tabbies
2



# ANNUAL REPORT DETAILS
Office of the Secretary of State
State of Alabama

INITIATE NEW BROWSE

## 2004 Annual Report

```
Reporting
  Address...:   SRM FINANCIAL INC
                PO BOX 2445
                OPELIKA, AL  36803-2445

Agent As
  Reported..:   MELTON, STANLEY R IV
                2403 S UNIROYAL RD
                OPELIKA, AL  36804-8325

President
  Of Corp...:   MELTON, STANLEY R IV
                2403 S UNIROYAL RD
                OPELIKA, AL  36804-8325

Secretary
  Of Corp...:   MELTON, STANLEY R IV
                2403 S UNIROYAL RD
                OPELIKA, AL  36804-8325

General
  Business..:   ANY LAWFUL ACTIVITY
                2403 S UNIROYAL RD
                OPELIKA, AL  36801

Telephone
  Number....:   334-745-5791

Processed
  By Revenue:   04-22-2004
```

← PREVIOUS PAGE



© 2005, Office of the Secretary of State, State of Alabama