

# R&L TRUCKING CO. INC.

P.O. BOX 2445/2405 SOUTH UNIROYAL ROAD  
OPELIKA, ALABAMA 36803-2445

PHONE: (334) 745-5791  
FAX: (334) 745-6641

September 13, 2005

Mike Mann  
Frontier National Bank  
1678 South College St.  
Auburn, AL 36830

RE:   Checking Account # 0147089906

Dear Mr. Mann;

This letter serves as notice that R & L Trucking Co., Inc. wishes to close the above referenced checking account immediately. Please forward any and all deposits on hand to:

R & L Trucking Co., Inc.  
P.O. Box 2445  
Opelika, AL 36803-2445

Sincerely Yours,

Stanley R. Melton, IV  
President  
R & L Trucking Co., Inc.

CC: Davis B. Whittelsey  
Faxed: September 13, 2005  
Mail Original: September 13, 2005

EXHIBIT  
8