# ASSIGNMENT

Bank Name & Address:

Frontier National Bank Auburn Office
P O Box 2829
Auburn, AL 36831-2829

For the purpose of securing the sum of __Five Hundred Thousand and 00/100_____ DOLLARS due by the Undersigned to __Frontier National Bank_____ , evidenced by note

Loan Number 20018099 Customer Number R018198 Funding Date April 25, 2002 This note is payable in 11 payments of all accrued interest monthly beginning May 25, 2002, a final payment of $502,798.61 e plus all accrued interest shall be due and payable on April 25, 2003. e means estimated THIS IS A VARIABLE RATE LOAN. SEE NOTE FOR A DESCRIPTION OF HOW YOUR LOAN TERMS AND PAYMENTS MAY CHANGE.

of even date herewith, said note maturing __April 25, 2003_____ after date, and for the purpose of securing renewals of said note, in whole or in part, and for the purpose of securing additional and further advances which may be made to the Undersigned by said Bank not to exceed _____ at any one time, to be evidenced by the notes of the Undersigned to said Bank, and for the purpose of securing all other amounts that may be due and owing by the Undersigned to said Bank, whether said amounts are represented by overdrafts, open accounts or otherwise, the Undersigned does hereby assign, convey, transfer and pledge to said Bank

All debtor's accounts, whether now existing or hereafter arising or acquired, whether or not earned by performance; all chattel paper owned by Debtor arising from conversion of accounts, and all accounts hereafter acquired by Debtor, as well as returned or repossessed goods. All debtor's inventory of every kind, type or description, whether now owned or hereafter acquired, including returned or repossessed goods, and any chattel paper or accounts arising from the sale or lease of inventory.

Said Bank, or legal holder of said notes, is hereby fully authorized to collect, receive and receipt for the amounts above described as and when the same become due and payable and to properly endorse in the name of the Undersigned all warrants and checks given toward the payment of said amounts.

The Undersigned hereby authorize the issuance of warrants and checks in payment of said amount to and in the name of said Bank and such checks and warrants shall be delivered to said Bank, and all amounts paid to said Bank under this assignment shall be considered as payments directly to the Undersigned.

WITNESS my signature____ ; this the 25 th ____ day of April 2002_____

R & L Trucking Co., Inc.

Accepted __Frontier National Bank Auburn Office__

By: _____
Robert Clayton Williams, Executive Vice President

_____ (Assignor)
Stanley R. Melton, IV, President

EXHIBIT 12

I hereby acknowledge that I have received the above listed Collateral that is no longer required for collateral.

I have agreed to release the above listed Collateral that is no longer required for collateral.

Signature

Officer's Signature

GLASGN (Rev 09/19/97)