## MEDIATION AND ARBITRATION DISCLOSURES

| BORROWER | BANK | OFFICER NO. | MHM |
|---|---|---|---|
| R & L Trucking Co., Inc.<br><br>2405 South Uniroyal Road<br>Opelika, AL 36801 | Frontier Bank, National Association<br>Auburn Office<br>1678 South College St<br>Auburn, AL 36830<br>(334) 821-6455 | CUSTOMER NO. | R018198 |
| | | LOAN NO. | 20018099 |
| | | RENEWAL OF | 20018099 |
| | | DATE | May 01, 2003 |
| | | LOAN AMOUNT | $500,000.00 |
| | | MATURITY DATE | May 01, 2004 |

The following disclosures have been made to me _____
R & L Trucking Co., Inc. ("Borrower")
in connection with a transaction between myself and _____
Frontier Bank, National Association Auburn Office ("Bank") which
transaction is described in a Mediation and Arbitration Agreement between Bank and myself dated this date.

1. The Bank and I each have the right to request Mediation. Mediation is a procedure in which the Bank and I select an impartial third party to serve as mediator to assist us in attempting to voluntarily reach a resolution of our dispute relating to the transaction which is described in the Mediation and Arbitration agreement between us. There are administrative and mediator fees which must be paid by the parties in accordance with the provisions of the Mediation and Arbitration agreement.

2. The Bank and I each have the right to request Arbitration. Arbitration is a procedure in which the Bank and I select an Arbitrator(s) who will hear our presentation and render a final and binding decision. There are administrative and arbitration fees which must be paid by the parties in accordance with the provisions of the Mediation and Arbitration Agreement.

3. Arbitration is final and binding on the parties and subject to only very limited review by a court.

4. **Except as to provisional remedies, self-help and foreclosure, each party consciously agrees to waive its right to trial by jury or by judge and to submit to mediation and/or binding arbitration.**

5. Pre-arbitration discovery is generally more limited and different from court proceedings.

6. Arbitrators' awards are not required to include factual findings or legal reasoning and any party's right to appeal or to seek modification of rulings by arbitrators is strictly limited.

7. I acknowledge that I have had the opportunity to review this document and the Mediation and Arbitration Agreement with the counsel of my choosing prior to signing this document.

I read, executed, and received a copy of this document on the 1 st day of May 2003.

BANK
Frontier Bank, National Association Auburn Office
By: _____
Mike Mann, Area Executive

R & L Trucking Co., Inc.
BY: _____ DATE
Borrower    Stanley R. Melton, IV, President

BY: _____ DATE
Guarantor   Stanley R. Melton, IV, individually

SRM Financial, Inc.
BY: _____ DATE
Guarantor   Stanley R. Melton, IV, President

_____ DATE
Borrower

_____ DATE

_____ DATE
Borrower

_____ DATE

_____ DATE
Borrower

_____ DATE

_____ DATE

_____ DATE

**EXHIBIT 1**

ALABMDSC   Rev. 10/26/98