**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SRM Financial, Inc.
   2405 South Uniroyal Road
   Opelika, AL  36804

   3:05cv901-F  S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Carol Bartee      ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Carol Bartee                   9-23-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0004 4088 3821

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   R&L Trucking Company, Inc.
   2405 South Uniroyal Road
   Opelika, AL  36804

   3:05cv901-F  S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Carol Bartee      ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Carol Bartee                   9-23-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0004 4088 3838

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540