IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R&L TRUCKING COMPANY, INC., )<br>*et. al.*, )<br>)<br>Defendants. ) | Case No.: 3:05-cv-901-F |

## **ORDER**

It is hereby ORDERED that this case is set for a status conference on October 3, 2005 at 9:00 AM by conference call arranged by Plaintiff's counsel.

The Court acknowledges receipt via facsimile of a 37-page letter from Plaintiff's counsel dated September 28, 2005. The Middle District of Alabama has adopted a policy, effective March 21, 1997, stating that :

> Pleadings, briefs and motions will no longer be accepted in letter form. . . . Instead, a motion, with the style of the case and containing a certificate of service, must be filed. Similarly, briefs in letter form will not be accepted. Instead, briefs must bear the style of the case and contain a certificate of service.

In addition, Local Rule 5.4 permits filing of papers by facsimile only if approved by the Clerk of the Court (or his/her Chief Deputy in the Clerk's absence) and only in an emergency situation, neither of which is the case here. Thus, if Plaintiff's counsel wants the Court to consider the letter, it must be filed with the Clerk.

DONE this 29th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE