IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-901-F |
| | )        (WO) |
| R & L TRUCKING CO., INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order filed on September 21, 2005, it is hereby

ORDERED that the Defendants show cause in writing on or before October 6, 2005 as to why the motion should not be granted. In their response, Defendants shall address:

(1) Whether this court has jurisdiction to entertain Plaintiff's request for temporary injunctive relief;

(2) Whether Defendants are in default under the terms of the parties' loan agreement; and

(3) Whether Plaintiff is entitled to temporary injunctive relief according to the requirements of Fed.R.Civ.P. 65, with particular attention given to the requirement that the court weigh the potential harm to both parties.

Plaintiff shall file a reply brief on or before October 11, 2005.

As agreed to by the parties during the telephone conference held on October 3, 2005, it is further ORDERED that Defendants shall provide a list of all accounts receivable of R & L Trucking Co. Inc., current as of September 30, 2005, to the Plaintiff and file a copy with the court .

DONE this the 4th day of October, 2005.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE