| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 65077 | #0000076689 | EAGLE ELECTRIC MFG. | $1,145.67 | 141 | | | |
| 65078 | #0000076687 | EAGLE ELECTRIC MFG. | $1,150.51 | 141 | | | |
| 65122 | #0000076696 | EAGLE ELECTRIC MFG. | $1,150.51 | 141 | | | |
| 65140 | #0000076703 | EAGLE ELECTRIC MFG. | $1,150.51 | 141 | | | |
| 65211 | #0000076720 | EAGLE ELECTRIC MFG. | $1,139.34 | 140 | | | |
| 65248 | #0000076724 | EAGLE ELECTRIC MFG. | $1,139.34 | 140 | | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL | |
| 0 | 0 | | 0 | 0 | 0 | 6875.88 | 6875.88 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | | 0 | 0 | 0 | -1056.8 | -1056.8 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | | 0 | 0 | 0 | -385.07 | -385.07 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 61094 | #80053963 | CAMROSE TECH | $3.00 | 169 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | 0 | 0 | 0 | 3 | 3 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 82396 | #499200 | C E SHEPHERD COMPANY | $450.00 | 1 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 450 | 0 | 0 | 0 | 0 | 0 | 450 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 63840 | #2343485 | POST EVENING TIMES | $300.00 | 149 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | 0 | 0 | 0 | 300 | 300 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 82368 | #9075039 | DAL-TILE CORP. | $1,300.92 | 19 |
| 82372 | #9079302 | DAL-TILE CORP. | $1,066.72 | 15 |
| 82379 | #9094024 | DAL-TILE CORP. | $1,055.04 | 13 |
| 82380 | #9089527 | DAL-TILE | $526.72 | 13 |
| 82381 | #9089543 | MODERN BUILDERS SUPPLY | $1,391.92 | 12 |
| 82382 | #9093712 | DAL-TILE #105 | $1,152.85 | 12 |
| 82383 | #9101782 | DAL-TILE #105 | $1,143.38 | 11 |
| 82384 | #9097819 | BEDROSIANS | $2,514.25 | 11 |
| 82385 | #9018708 | DAL-TILE CORP. | $1,060.88 | 7 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 82386 | #9075448 | DAL-TILE CORP. | $1,060.88 | 7 |
| 82389 | #9098087 | DAL-TILE CORP. | $1,060.88 | 5 |
| 82390 | #9117738 | DAL-TILE #105 | $1,100.08 | 5 |
| 82391 | #9117755 | DAL-TILE CORP. | $1,221.94 | 5 |
| 82392 | #9121710 | DAL-TILE CORP. | $1,092.08 | 4 |
| 82393 | #9125580 | DAL-TILE CORP. | $1,092.08 | 4 |
| 82394 | #9122152 | DAL-TILE CORP. | $1,060.88 | 1 |
| 82395 | #9132192 | DAL-TILE #140 | $1,879.80 | 1 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 19480.38 | 1300.92 | 7661.01 | 0 | 0 | 0 | 28442.31 |


| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | -1185.93 | -1185.93 |


| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 60498 | #000957 | THE ROOM STORE | $980.00 | 172 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 6 | 6 |


| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 82362 | #R460077271 | GE APPLIANCES #R460 | $1,141.43 | 20 |
| 82369 | #R460077370 | GE APPLIANCES #R460 | $1,135.18 | 15 |
| 82375 | #R460077488 | GE APPLIANCES #R460 | $1,135.18 | 14 |
| 82376 | #R460077535 | GE APPLIANCES #R460 | $1,135.18 | 14 |
| 82387 | #R460077769 | GE APPLIANCES #R460 | $1,128.93 | 6 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 4534.47 | 1141.43 | 4546.97 | 0 | 0 | 0 | 10222.87 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 70726 | #80458334 | GRUPO ADUANAL Y SERVIC | $1,883.06 | 108 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 1883.06 | 1883.06 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 79780 | #80143514 | INTERSTATE BRANDS CORP | $624.00 | 389 |
| 79782 | #80143515 | INTERSTATE BRANDS CORP | $624.00 | 389 |
| 79822 | #82281214 | INTERSTATE BRANDS CORP | $580.00 | 385 |
| 82353 | #80168489 | INTERSTATE BRANDS CORP | $748.80 | 26 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 0 | 0 | 748.8 | 0 | 0 | 1828 | 2576.8 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|
| 64698 | # | GAYLORD CONTAINER CORP | $961.50 | 144 |

| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 961.5 | 961.5 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 82178 | # | METRO TRAILER SALES & | $612.00 | 106 | | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | 0 | 0 | 0 | 0 | | 612 | 612 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 82253 | #72150190 | JOSHEN PAPER | $647.20 | 75 | | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | 0 | 0 | 0 | 647.2 | | -535.5 | 111.7 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | 0 | 0 | 0 | 0 | | -1075 | -1075 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 82287 | #JULY 2005 | PATRICK DECRUIZE | $501.00 | 60 | | | |
| 82350 | # | PATRICK DECRUIZE | $501.00 | 26 | | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | 0 | 0 | 501 | 0 | 501 | 0 | 1002 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | | 0 | 0 | 0 | | 0 -923.76 | -923.76 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | | 0 | 0 | 0 | | 0 -1389.92 | -1389.92 |

INC.

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 0 | | 0 | 0 | 0 | | 0 -808.75 | -808.75 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | | |
|---|---|---|---|---|---|---|---|
| | 82356 | #1039514 | SCF HUNTSVILLE | $700.00 | 25 | | |
| | 82397 | #1064752 | QUEBECOR WORLD RESHIP | $450.00 | 1 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | | OVER-90 | TOTAL |
| 450 | 700 | | 0 | 0 | 0 | 0 | 1150 |

INC.

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 82388 | #049047028 | NASH-FINCH | $528.85 | 6 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 528.85 | 0 | | 0 | 0 | 0 | 0 | 528.85 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 51106 | #000 | TABB TEXTILES | $328.00 | 233 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | | 0 | 0 | 0 | 225 | 225 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD | | |
|---|---|---|---|---|---|---|
| 65596 | #6133003 | WAL*MART WAREHOUSE | $28.08 | 138 | | |
| 65689 | #6296821 | WAL*MART WAREHOUSE | $28.08 | 136 | | |
| 65706 | #1514846 | WAL*MART INC. | $58.36 | 136 | | |
| 0-15 | 16-25 | 26-30 | 46-60 | 61-90 | OVER-90 | TOTAL |
| 0 | 0 | | 0 | 0 | 0 | 114.52 | 114.52 |

| PRO# | SHIPPER# | CONSIGNEE | DUE | DAYS OLD |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 65822 | #1518810 | WAL*MART INC. | $58.36 | 136 |
| 65826 | #6497533 | WAL*MART STORES INC. | $40.24 | 136 |
| 65827 | #6512521 | WAL*MART WAREHOUSE | $28.08 | 136 |
| 65839 | #1518807 | WAL*MART INC. | $58.36 | 136 |
| 65895 | #6556635 | WAL*MART #6355 | $10.60 | 135 |
| 65928 | #6654614 | WAL*MART WAREHOUSE | $28.08 | 135 |
| 66190 | #6845327 | WAL*MART WAREHOUSE | $28.08 | 134 |
| 66199 | #6823814 | WAL*MART WAREHOUSE | $28.08 | 134 |
| 66294 | #6990130 | WAL*MART WAREHOUSE | $28.08 | 133 |
| 66365 | #7139969 | WAL*MART WAREHOUSE | $28.08 | 133 |
| 66368 | #7140035 | WAL*MART WAREHOUSE | $28.08 | 133 |
| 66445 | #7144598 | WAL*MART STORES INC. | $30.28 | 132 |
| 66474 | #7161679 | WAL*MART WAREHOUSE | $28.08 | 132 |
| 66506 | #7319038 | WAL*MART WAREHOUSE | $28.08 | 132 |
| 66513 | #7361874 | WAL*MART STORES INC. | $30.28 | 132 |
| 73027 | #7228667 | WAL*MART WAREHOUSE | $28.08 | 949 |

| 0-15 | 16-25 | 26-30 | | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | | 0 | 0 | 0 | -22.18 | -22.18 |

| 0-15 | 16-25 | 26-30 | | 46-60 | 61-90 | OVER-90 | TOTAL |
|---|---|---|---|---|---|---|---|
| 25443.7 | 3142.35 | | 13457.78 | 0 | 1148.2 | 5426.05 | $48,618.08 |

**Manually entered $12,207.98***