# EXHIBIT 4

# BORROWING BASE CERTIFICATE
## (Accounts Receivable and Inventory)

TO: Frontier Bank  
Auburn Office  
P.O. Box 2829  
Auburn, AL 36831-2829

DATE: 12/9/2004  
LOAN #: 20018099

**ACCOUNTS RECEIVABLES**

1. Gross Receivables (Aging Attached) — $ 534,635.00

2. Less:
   a. Accounts with any portion 90 days past due — $ 2,932.00  
      (30, 60, 90 Per Loan Agreement)
   b. Other Ineligible Accounts — $ -  
      (Per Loan Agreement)

3. Balance of Eligible Accounts — $ 531,703.00

   Eligible Accounts (80%) (Per Loan Agreement) — $ 425,362.40

**INVENTORY**

5. Total Inventory — $ -  
   (% Per Loan Agreement)

6. a. 0% of Raw Materials x   $ -   =  $ -  
   b. 0% of In-Process   x   $ -   =  $ -  
   c. 0% of Fininshed Goods x  $ -   =  $ -

7. Loan Amount of Inventory — $ -

8. Formula Maximum of Accounts Receivable and Inventory — $ 425,362.40

9. Line of Credit amount — $ 500,000.00  
   (Per Loan Agreement)

10. Maximum Available Credit — $ 425,362.40  
    (Lesser of Line 9 or Line 8)

11. Previous Loan Balance — $ 429,818.00  
    a. FB CD#60007688 — $ 55,047.00  
    PRESENT LOAN BALANCE — $ 374,771.00

12. Available Funds   (If negative, line should be paid down) — $ 50,591.40  
    (Line 10 - Line 11)

13. a. Advance Requested — $ -  
    b. Actual Advance — $ -

14. New Debt After Additional Advance — $ 374,771.00  
    (Line 11 + 13 B)

To the best of our knowledge and belief, there have been no changes in the amounts stated above since the date of circulation which would cause the present balance to be less than the amount necessary to comply in all respects with this certificate and borrowing base formula. We hereby confirm to you that all of the above amounts, and all proceeds thereof and all liens, securities, guarantees, remedies, and privileges pertaing thereto are, and heretofore, have been assigned to you and are and have been subject to a security interest in your favor.

Company Name: _____

Signed By: _____  [signature] 12.9.04

Title: _____

| | 0-15 | 16-25 | 26-30 | 31-45 | 46-60 | 61-90 |
|---|---:|---:|---:|---:|---:|---:|
| AMERICAN COLOR GRAPHICS | 8915 | 15250 | 8450 | 1 | 0 | 0 |
| BNSF LOGISTICS | 3100 | 2850 | 6265 | 0 | 0 | 0 |
| BOWATER NEWSPRINT | 0 | 0 | 0 | 0 | 0 | 0 |
| C. H. ROBINSON | 0 | 0 | 0 | 0 | 0 | 0 |
| CT LOGISTICS | 13205 | 15425.5 | 5323.58 | 2511.58 | 1790.58 | 0 |
| DAL-TILE CORP. | 62109.78 | 21107 | 5608.5 | 0 | 0 | 0 |
| DAL-TILE CORP. | 0 | 0 | 0 | 0 | 0 | 0 |
| EXEL TRANSPT. ID# 641350 | 17135 | 4189 | 1350 | 1085 | 0 | 1065 |
| EXEL TRANSPORTATION SERVICE | 4026.78 | 10008 | 14320 | 12082.5 | 0 | 0 |
| FOREST RUG MILLS | 0 | 0 | 0 | 0 | 0 | 0 |
| FULLEN TRANSPORTATION INC. | 1963 | 5200 | 2100 | 0 | 0.8 | 0 |
| GE APPLIANCES | 0 | 0 | 1043.01 | 0 | 0 | 0 |
| GE APPLIANCES | 56967.17 | 6398.41 | 0 | 0 | 0 | 0 |
| GE PLASTICS | 22176.27 | 3707.64 | 14890 | 12260.46 | 0 | 0 |
| GRUPO ADUANAL Y SERVICOS | 0 | 0 | 0 | 0 | 0 | 0 |
| INTERSTATE BRANDS CORP. | 3120 | 1872 | 1248 | 1248 | 0 | 1828 |
| MEAD CORPORATION | 0 | 0 | 0 | 0 | 0 | 0 |
| PACER GLOBAL LOGISTICS | 39728.27 | 27939.47 | 28425.87 | 18241 | 1481.52 | 0 |
| PACER GLOBAL LOGISTICS | 1075 | 0 | 0 | 0 | 0 | 0 |
| PHILLIP MORRIS | 0 | 0 | 0 | 0 | 0 | 0 |
| PRECISIONAIRE OF FLORIDA | 0 | 0 | 0 | 0 | 0 | 0 |
| PURSELL INDUSTRIES INC. | 0 | 0 | 0 | 0 | 0 | 0 |
| QUEBECOR WORLD LOGISTICS | 7367.8 | 16300 | | 1400 | 0 | 0 |
| ROYAL OAK ENTERPRISES INC. | 4152.99 | 460.18 | 11349 | 0 | 0 | 0 |
| TABB TEXTILES | 0 | 0 | 0 | 0 | 0 | 0 |
| WAL*MART STORES INC. | | 585 | 0 | 0 | 0 | 0 |
| WAL*MART/SAM'S/BUDS | 0 | 0 | 0 | 0 | 0 | 0 |
| WAL*MART/SAM'S/BUDS | 0 | 0 | 0 | 0 | 0 | 0 |
| | 245042.06 | 131292.2 | 100373 | 48829.54 | 3272.9 | 2893 |

| OVER-90 | TOTAL |
|---:|---:|
| 0 | 32616 |
| 0 | 12215 |
| 300 | 300 |
| 0 | 38256.24 |
| | 88825.28 |
| 0 | 24824 |
| 0 | 40437.28 |
| 6 | 6 |
| 0 | 9263.8 |
| 0 | 1043.01 |
| 0 | 63365.58 |
| 0 | 53034.37 |
| 1883.06 | 1883.06 |
| 0 | 9316 |
| 961.5 | 961.5 |
| -535.5 | 115280.63 |
| | 1075 |
| 0 | 25067.8 |
| 0 | 15962.17 |
| 225 | 225 |
| 0 | 585 |
| 114.52 | 114.52 |
| -22.18 | -22.18 |
| 2932.4 | 534635.06 |