IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R & L TRUCKING CO, INC., et. al., )<br>)<br>Defendants. ) | Case NO. 3:05-cv-901-F |

**ORDER**

This cause is before the Court on Defendants' Motion to Compel Arbitration (Doc. # 11). Upon consideration of the motion, it is hereby

ORDERED that the Plaintiff show cause in writing on or before October 31, 2005 as to why the motion should not be granted.

DONE this 17th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE