IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRONTIER BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-901-F |
| | ) | |
| R & L TRUCKING CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

This cause is before the Court on the Motion to Compel Arbitration (Doc. # 11) filed by the Defendants on October 12, 2005. By this motion, the Defendants seek to compel Plaintiff Frontier Bank to submit its dispute to arbitration pursuant to a prior agreement between the parties. The Plaintiff has not filed a response in opposition to this motion.

Upon a review of this file, the Court is satisfied that the Motion to Compel Arbitration is due to be GRANTED. Accordingly, it is hereby ORDERED as follows:

(1) The Motion to Compel Arbitration (Doc. # 11) is GRANTED.

(2) The parties to this action are hereby ORDERED to submit all controversies, claims, or disputes between them to arbitration in accordance with the terms of the agreement between them.

(3) The parties are hereby ORDERED to file a jointly prepared report on the status of this case. The first such report shall be filed on **January 10, 2006**, and the parties shall

thereafter file a jointly prepared report on **the first Tuesday of every month** until such time as the parties jointly stipulate that this action can be dismissed. The jointly prepared report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

DONE this the 2nd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE