# American Arbitration Association

## SUBMISSION TO DISPUTE RESOLUTION

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association:

Rules Selected: ☒ Commercial ☐ Construction

☐ Other _____

*(describe)*

Procedure Selected: ☒ Binding Arbitration ☐ Mediation

☐ Other _____

*(describe)*

Nature of Dispute (attach additional sheets if necessary): Matters involving three (3) commercial notes, security agreements and mortgages, including whether or not a default has occurred, balance due and the extent bank can use its lien enforcement powers.

Amount of Monetary Claim or Nature of Non-Monetary Claim:

$650,000.00

Type of Business: Claimant __Trucking__ Respondent __Bank__

Place of Hearing _____

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

### To be completed and signed by all parties
*(attach additional sheets if necessary, please remember to obtain signatures)*

| | |
|---|---|
| R&L Trucking Company, Inc., SRM Financial, Inc., and Stanley R. Melton, IV | Frontier Bank, a Georgia banking corp. |
| Name of Party | Name of Party |
| 2405 South Uniroyal Road | Post Office Box 2829 |
| Address | Address |
| Opelika, AL 36804-8325 | Auburn, AL 36831-2829 |
| City, State and Zip Code | City, State and Zip Code |
| ( 334 ) 745-5791 | ( 334 ) 821-6455 |
| Telephone          Fax | Telephone          Fax |
| Davis B. Whittelsey | Charles N. Parnell, III |
| Name of the Party's Attorney or Representative | Name of the Party's Attorney or Representative |
| Whittelsey, Whittelsey & Poole, P.C. | Parnell & Crum, P.A. |
| Name of Firm (if applicable) | Name of Firm (if applicable) |
| Post Office Box 106 | Post Office Box 2189 |
| Address | Address |
| Opelika, AL 36803-0106 | Montgomery, AL 36102-2189 |
| City, Sate and Zip Code | City, Sate and Zip Code |
| ( 334 ) 745-7766    ( 334 ) 745-7666 | ( 334 ) 832-4200    ( 334 ) 293-3550 |
| Telephone          Fax | Telephone          Fax |
| Signed† (may be signed by a representative) Title | Signed† (may be signed by a representative) Title |
| Date: _____ | Date: _____ |

*Please file two signed copies and the non-refundable filing fee with the AAA.*
*For additional information, please visit our Web site at www.adr.org*

† *Signatures of all parties are required.*



EXHIBIT
C

Form G1A-3/03