**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

April 12, 2006


# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Frontier Bank v. R & L Trucking Company, Inc., et al.**

**Case Number:**       **#3:05-cv-00901-WKW**

**Referenced Document:**   **Document #17**
                           **Response to Motion**

**This notice has been docketed to enter the corrected signature page into the record in the referenced case. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**