IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-901-WKW |
| ) | |
| R & L TRUCKING CO., INC., et al., ) | |
| ) | |
|    Defendants. ) | |

**<u>ORDER</u>**

It is ORDERED that the plaintiff's motion requesting a court order (Doc. # 16) is DENIED as MOOT.

DONE this the 16th day of June, 2006.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE