IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-CV-901-WKW |
| | ) |
| R & L TRUCKING CO., INC., et al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

It is ORDERED that the parties shall file a jointly prepared report on the status of this case. The first such report shall be filed **on or before October 20, 2006.** In accordance with the Court's November 2, 2005 Order, the parties shall thereafter file a jointly prepared report on **the first Tuesday of every month** until such time as the parties jointly stipulate that this action can be dismissed. The jointly prepared report shall indicate the status of the arbitration proceedings and the expected date those proceedings will be concluded.

DONE this the 13th day of October, 2006.

                                                 /s/ W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE