IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 NOV 17  A 9: 48

[ILLEGIBLE] P. HACKETT, CL[K]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| FRONTIER BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:05 CV 901-F |
| | ) |
| R & L TRUCKING COMPANY, INC., | ) |
| et als., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING OF DEFENDANTS' INDIVIDUALLY PREPARED
REPORT CONCERNING ARBITRATION**

COME NOW the Defendants, in the above entitled action and file with this Honorable Court the Defendants' Individually Prepared Status Report Concerning Arbitration and as grounds therefore shows unto this Honorable Court as follows:

1. That this Honorable Court entered an Order dated the 13th day of October, 2006 requiring monthly status reports concerning arbitration.

2. That the undersigned attorney only recently received the Order.

3. That attached hereto as Exhibit "A" is a letter forwarded to attorney for the Plaintiff on today's date. Exhibit "A" is incorporated by reference as if the same were set forth fully herein.

4. This pleading together with the attached Exhibit "A" represents Defendants' status report to the Court concerning arbitration.

5. That the Defendants have not heard from the Plaintiff's attorney concerning the filing of any other status reports. Additionally, Defendants have not received any pleadings, notices, etc. since Plaintiff's Motion to Compel Defendants to

sign a form submitting the matter to arbitration with the American Arbitration Association.

Respectfully submitted this the 16th day of November, 2006.

WHITTELSEY, WHITTELSEY & POOLE, P.C.

BY: _____
DAVIS B. WHITTELSEY
Bar #WHI067
Attorney for Defendant
Post Office Box 106
Opelika, Alabama 36803-0106
Tel.:   (334) 745-7766
Fax:   (334) 745-7666

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following individuals, by hand delivering a copy or by placing it in the United State mail, postage prepaid, at their correct addresses this the 16th day of November, 2006.

Charles N. Parnell, III
Parnell & Crum, P.A.
Post Office Box 2189
Montgomery, Alabama 36102-2189
Tel.:   (334) 832-4200
Fax:   (334) 293-3550

_____
DAVIS B. WHITTELSEY