IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| FRONTIER BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-901-WKW |
| | ) | |
| R & L TRUCKING CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the Court on the defendants' individually prepared report regarding the status of arbitration proceedings (Doc. # 22). It appears from this filing that the plaintiff has not participated in preparing a status report. It further appears that the plaintiff has not initiated arbitration proceedings despite this court's April 18, 2006 Order (Doc. # 19) directing the defendants to execute arbitration forms. Accordingly, it is ORDERED that **on or before December 4, 2006**, the plaintiff shall show cause in writing why this case should not be dismissed for want of prosecution. The court ADVISES the plaintiff that a failure to comply with this Order shall be construed as an abandonment of its claims against the defendants and will lead to dismissal of the above-styled action.

The defendants also represent that they "only recently received" the court's October 13, 2006 Order and that they "have not received any pleadings, notices, etc. since Plaintiff's [March 29, 2006 Motion]." (Defs.' Report, Doc. # 22.) The court further ADVISES the parties that, according to the *Middle District of Alabama's Civil Administrative Procedures*, each attorney practicing in this district must register for CM/ECF Electronic Noticing. This court presumes that

all registered attorneys will have timely received notices of electronic filing.

DONE this 21st day of November, 2006.

            /s/ W. Keith Watkins
            UNITED STATES DISTRICT JUDGE