IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRONTIER BANK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:05-CV-901-WKW |
| ) | |
| R & L TRUCKING CO., INC., et al., ) | |
| ) | |
|    Defendants. ) | |

## **ORDER**

By Order dated November 21, 2006 (Doc. # 23), the plaintiff was ordered to show cause why this case should not be dismissed for want of prosecution. The plaintiff was further advised that a failure to comply with the order would be construed as an abandonment of its claims and would lead to dismissal. The plaintiff has failed to respond to the order. Accordingly, it is ORDERED that this case is DISMISSED without prejudice.

Done this 13th day of December, 2006.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE